# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MANUEL CARRILLO, | ) | No. CV 08-5616-ODW(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. HERNANDEZ, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>January 8, 2014</u>

_____
OTIS D. WRIGHT, II
United States District Judge